**Order entered December 5, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01142-CV

**ILLA PATRICE RODGERS, Appellant**

**V.**

**CREEKWOOD SPRING CREEK, LLC, Appellee**

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-02010-2016**

## ORDER

We **GRANT** Deputy Court Reporter Denise Carrillo's December 1, 2016 request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to **THIRTY DAYS** from the date of this order.

/s/    ELIZABETH LANG-MIERS
          JUSTICE